# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2010

Marilyn Kelly,
Chief Justice

140983

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re P.M., Minor.
_____/

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellant,

v

SHAE MULLINS,
        Respondent-Appellee.
_____/

SC: 140983
COA: 291874
Berrien Circuit Court Family
Division: 2008-000103-NA

       On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 56 days of the date of this order, but they should not submit mere restatements of their application papers.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2010

_____
Clerk

d0622